UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID ANGEL SIFUENTES, III,

        Petitioner,                      Case No. 1:25-cv-1214

v.                                          Honorable Paul L. Maloney

JOHN PRELESNIK,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITHOUT PREJUDICE** for lack of jurisdiction.


Dated:  December 29, 2025                  /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge